STATE OF NEW JERSEY v. CHARLES P. MONROE.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. BILLY REED.

April 26, 1988.

Petition for certification denied.   (See 211 *N.J.Super.* 177)

STATE OF NEW JERSEY v. JEFFREY DISHON.

April 26, 1988.

Petition for certification denied.   (See 222 *N.J.Super.* 58)

STATE OF NEW JERSEY v. RAYMOND MOLENAAR.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS BULLOCK.

April 26, 1988.

Petition for certification denied.